1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,
                                    NO. CIV. S-04-2671 LKK/PAN
12           Plaintiff,

13      v.                               O R D E R

14   ESTHER DE LA TORRE, et al.,

15           Defendants.

16   _____/

17      A Status Conference was SET for April 25, 2005 at 1:30 p.m.

18   in the above-captioned case.  However, as recently as April 15,

19   2005, plaintiff amended his complaint.  In order to give

20   plaintiff sufficient time to serve the amended complaint and to

21   allow defendants to appear, the Status Conference set for April

22   25, 2005 is CONTINUED to July 18, 2005 at 3:00 p.m.

23   ////

24   ////

25   ////

26   ////

                                  1

1    Plaintiff shall serve a copy of this order on defendants

2    concurrently with service of process or where service was

3    effected.

4        IT IS SO ORDERED.

5        DATED: April 28, 2005.

6                                /s/Lawrence K. Karlton
                                 LAWRENCE K. KARLTON
7                                SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                 2