UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

           Plaintiff,      CIV S-04-2671 LKK PAN PS

    v.

ESTHER DE LA TORRE, ESTHER DE LA      ORDER
TORRE 1993 REVOCABLE INTER VIVOS
TRUST, PEDRO DE LA TORRE, dba CASA
LUPE RESTAURANT,

           Defendants.

—oOo—

      The October 5, 2005, hearing on plaintiff's motion for default judgment is vacated and the matter submitted for decision on the papers. Should the court later determine oral argument would be helpful, the matter will be rescheduled for hearing at a time convenient to the parties and their counsel.

      So ordered.

      Dated: September 29, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge