UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

SCOTT JOHNSON

           DEFAULT JUDGMENT

   v.

           Case No. CIV S-04-2671 LKK EFB

ESTHER DE LA TORRE

_____

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

      **ESTHER DE LA TORRE**

September 12, 2006

      VICTORIA C. MINOR, CLERK

      By: _____
      NDDuong, Deputy Clerk